**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALFRED CHAVIRA | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 5:16-cv-00387-FB** |
| | § | |
| COINMACH; COINMACH CORPORATION; | § | |
| COIN MACHINE INDUSTRIES CORPORATION | § | |
| OF TEXAS; CSC SERVICEWORKS, INC.; | § | |
| AIR-SERV GROUP, LLC; AIR-SERV; | § | |
| MURPHY USA INC.; MURPHY OIL USA, INC.; | § | |
| MURPHY OIL CORPORATION; WAL-MART | § | |
| STORES, INC.; WAL-MART STORES TEXAS, LP | § | |
| And WAL-MART STORES TEXAS, LLP. | § | |

---

### PLAINTIFF'S INITIAL DISCLOSURES TO DEFENDANTS

---

To:     WAL-MART
        By and Through Their Attorneys of Record:
        Mr. Paul Garcia
        Ms. Martina Meritz
        Ms. Krishna Reddy
        PAUL GARCIA & ASSOCIATES
        4801 N.W. Loop 410, Suite 525
        San Antonio, TX   78229
        (210) 340-1818; Telephone
        (210) 340-4073; Facsimile
        ATTORNEYS FOR DEFENDANT
        WAL-MART

        Now comes Plaintiff, ALFRED CHAVIRA, and provides the following initial

disclosures to Defendants pursuant to Federal Rule of Civil Procedure 26.

*Alfred Chavira vs. Coinmach   et al*
Plaintiff's Initial Disclosures to Defendant

Page **1** of **8**

Respectfully submitted,

LAW OFFICES OF FIDEL RODRIGUEZ, JR.
111 Soledad, Suite 1300
San Antonio, Texas   78205
(210) 224-1057; Telephone
(210) 224-0533; Facsimile


BY:     */S/ RAUL B. RODRIGUEZ*
        FIDEL RODRIGUEZ, JR.
        State Bar No. 17145500
        fidel@fidrodlaw.com
        RAUL B. RODRIGUEZ
        State Bar No. 24049475
        rrodriguez@fidrodlaw.com
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served

upon counsels of record on this the 19th day of August, 2016, as follows:

| | | |
|---|---|---|
| Mr. Paul Garcia | _____ | certified mail, return receipt requested |
| Ms. Martina Meritz | ___x____ | facsimile |
| Ms. Krishna Reddy | _____ | hand delivery |
| PAUL GARCIA & ASSOCIATES | _____ | first class mail |
| 4801 N.W. Loop 410, Suite 525 | _____ | Email |

San Antonio, TX   78229
(210) 340-1818; Telephone
(210) 340-4073; Facsimile
ATTORNEYS FOR DEFENDANT
WAL-MART

| | | |
|---|---|---|
| Mr. D. Douglas Mena | _____ | certified mail, return receipt requested |
| Mr. Rick Gibson | ___x____ | facsimile |
| LITCHEFIELD CAVO, L.L.P. | _____ | hand delivery |
| One Riverway, Suite 1000 | _____ | first class mail |
| Houston, Texas   Suite 1000 | _____ | Email |

(713) 418-2000; Telephone
(713) 418-2001; Facsimile
ATTORNEYS FOR DEFENDANTS,
CSC SERVIEWORKS, INC. AND
COINMACH CORPORATION, now known as
CSC SERVICEWORKS, INC.

/S/ RAUL B. RODRIGUEZ
RAUL B. RODRIGUEZ

## INITIAL DISCLOSURES

A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses and the subjects of the information, unless solely for impeachment.

**RESPONSE:**

| | |
|---|---|
| Alfred Chavira<br>9605 US Hwy 90 Lot #252<br>San Antonio, Texas 78245<br>(210) 209-0287 | Plaintiff |
| WAL-MART<br>c/o its attorneys of record,<br>Mr. Paul Garcia<br>Ms. Martina Meritz<br>Ms. Krishna Reddy<br>PAUL GARCIA & ASSOCIATES<br>4801 N.W. Loop 410, Suite 525<br>San Antonio, TX   78229<br>(210) 340-1818; Telephone<br>(210) 340-4073; Facsimile | Defendant |
| CSC SERVIEWORKS, INC. AND<br>COINMACH CORPORATION, now<br>known as CSC SERVICEWORKS, INC.<br>c/o its attorneys of record,<br>Mr. D. Douglas Mena<br>Mr. Rick Gibson<br>LITCHEFIELD CAVO, L.L.P.<br>One Riverway, Suite 1000<br>Houston, Texas   Suite 1000<br>(713) 418-2000; Telephone<br>(713) 418-2001; Facsimile | Defendants |
| Mary Chavira<br>9605 US Hwy 90 Lot #252<br>San Antonio, Texas 78245<br>(210) 209-0287 | Wife of Plaintiff |

| | |
|---|---|
| Matthew Chavira<br>9605 US Hwy 90 Lot #252<br>San Antonio, Texas 78245<br>(210) 209-0287 | Son of Plaintiff/Witness |
| Tejano ER Physicans<br>And its Custodian of Records<br>P.O. Box 98608<br>Las Vegas, NV 89193-8608<br>800-355-2470 | Plaintiff's healthcare provider |
| Christus Santa Rosa Hospital-<br>Westover Hills<br>And its Custodian of Records<br>1212 TX-151<br>San Antonio, TX 78251<br>(210) 703-8000 | Plaintiff's healthcare provider |
| Hugo Alonzo Rojas, MD<br>And its Custodian of Records<br>2115 Pleasanton Rd, Suite 205<br>San Antonio, Texas 78221-1300<br>Telephone: (210)922-3627 | Plaintiff's healthcare provider |
| River City Imaging Associates<br>And its Custodian of Records<br>P.O. Box 10270<br>Longview, Texas 75608<br>800-318-5578 | Plaintiff's healthcare provider |
| Hill Drug Store<br>And his Custodian of Records<br>705 W. Kirk Place<br>San Antonio, Texas 78226<br>(210)225-7283 | Plaintiff's healthcare provider |

| | |
|---|---|
| Atlas Chiropractic<br>And its Custodian of Records<br>1305 SW Loop 410 #227<br>San Antonio, Texas 78227<br>(210)927-0000 | Plaintiff's healthcare provider |
| Advanced MRI Imaging of San Antonio<br>And its Custodian of Records<br>150 Manchester Way<br>Shavano Park, Texas 78249<br>(210)382-8988 | Plaintiff's healthcare provider |
| Premier Medical Imaging<br>And its Custodian of Records<br>2115 Pleasanton Rd, Suite 102<br>San Antonio, Texas 78221<br>(210)922-0016 | Plaintiff's healthcare provider |
| Permian Premier Health Services Inc.<br>And its Custodian of Records<br>P.O. Box 277719<br>Atlanta, GA 30384-7719 | Plaintiff's healthcare provider |
| Gerardo Zavala MD<br>And its Custodian of Records<br>4423 NW Loop 410, Suite 100<br>San Antonio, Texas 78229<br>(210)541-9898 | Plaintiff's healthcare provider |
| University Hospital<br>And its Custodian of Records<br>4502 Medical Drive<br>San Antonio, Texas 78229<br>(210)358-4000 | Plaintiff's healthcare provider |

*Alfred Chavira vs. Coinmach   et al*
Plaintiff's Initial Disclosures to Defendant

Page **6** of **8**

| | |
|---|---|
| Ahmed Shakir MD<br>UT Neurosurgery<br>And its Custodian of Records<br>7703 Floyd Curl Dr. MC 7843<br>San Antonio, Texas 78229<br>(210)358-2500 | Plaintiff's healthcare provider |
| Anil K Dutta MD<br>Orthopaedics<br>And its Custodian of Records<br>8300 Floyd Curl Dr. #4<br>San Antonio, Texas 78229<br>(210)450-9300 | Plaintiff's healthcare provider |
| Mohammad A. Mughal MD<br>And its Custodian of Records<br>2121 SW 36th St.<br>San Antonio, Texas 78237<br>(210)358-5100 | Plaintiff's healthcare provider |

B.   A copy of, or a description by category and location, of all documents, <u>electronically stored information,</u> and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

Plaintiff's counsel has the following documents and tangible things available for copying upon request of counsel:

1.      Plaintiff's medical records and bills resulting from this collision.

As discovery has just begun, Plaintiff reserves the right to supplement in accordance with the Federal Rules of Civil Procedure.

C.   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Plaintiff is claiming damages for the following:

1.      Medical Expenses (past and future);
2.      Physical Impairment (past and future);
3.      Pain and Suffering (past and future);
4.      Mental Anguish (past and future); and
5.      Disfigurement (past and future).

The method for calculating damages for past medical expenses is by reference to the medical and health care providers' bills and invoices. Copies of such bills and invoices have been previously provided to Defendant.

There is no set method under Texas law for calculating damages for future medical expenses, and the jury will be free to arrive at an amount based on the jury's consideration of the injuries, the medical records, medical reports, and medical bills. Plaintiff will ask the jury to consider the testimony of Plaintiff's treating medical providers regarding any potential future treatment.

Plaintiff's loss of earning capacity will be determined by taking into account the amount of disability and/or impairment suffered by Plaintiff after the incident. Plaintiff's loss of earning capacity is not yet fully determined. Plaintiff will supplement this response as to an amount at the appropriate time.

Plaintiff, will provide testimony as to the physical impairment, pain and suffering, and mental anguish. These damages are not yet fully determined and Plaintiff will supplement this response at the appropriate time.

D.      For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

None.